IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

BRIAN KEITH BALLARD,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

        Defendant.

Case No. CIV-11-363-RAW-KEW

## ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On February 28, 2013, United States Magistrate Judge West entered a Report and Recommendation, recommending that the above-styled case be reversed and remanded for further proceedings. No objection has been filed.

IT IS THEREFORE ORDERED that the decision of the Administrative Law Judge is hereby **REVERSED** and this case is hereby **REMANDED** pursuant to the fourth sentence of 42 U.S.C. §405(g) for further administrative proceedings.

IT IS SO ORDERED this 25 day of March, 2013.

_Ronald A. White_
HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA